MARY M. CASPER ET AL., *Appellants*, v. WILLIAM P. BON-
BRIGHT, ET AL., *Appellees*.

Division B.

Opinion Filed January 9, 1928.

Petition for Rehearing Denied February 24, 1928.

*Shepard & Wahl,* Attorneys for Appellants;

*Wideman & Wideman,* Attorneys for Appellees.

PER CURIAM.—This appeal is from an order made on a
motion to quash the process, the motion being made on a
purported special appearance.

Without deciding whether or not the process was fatally
defective as to any of the defendants, we must hold that
the first ground of the motion to quash constituted in ef-
fect a general appearance by solicitors for the defendants,
notwithstanding the attempted special appearance. This
ground of the motion was in the following language:

"There is no justiciable matter authorizing the obtain-
ing of service or other predicate laid in the facts as set
forth in the bill of complaint."

By such ground of the motion to quash going as it does

to the merits of the cause, the defendants were brought within the jurisdiction of the Court in the cause so pending. See Smith v. Bulkley, 15 Fla. 64; Oppenheimer v. Guckenheimer, 34 Fla. 13, 15 Sou. 670; Ray v. Trice, 48 Fla. 297, 37 Sou. 582; Garner v. Garner, 83 Fla. 143, 90 Sou. 819.

The order of the chancellor should be and the same is hereby affirmed.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.